find KEYS ✳ BIAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 12 2015
Abel Acosta, Clerk

82,319-01

I. ineffectiveness of Counsel ✳

> Counsel had no prior experience in case(s) similar to mine

> Counsel at court had me sign plea Bargain agreement of 20 years ( stated final offer)
> was told it was final offer yet never explained any other plea offers.

> Was informed that states witnesses were not obligated to testify at trial — therefore no trial by Jury would take place.

> Counsel made no attempt to explain the details of the plea agreement Before I signed the agreement.

Not Guilty of the Crime

Dorthy White Wife

Got me

Hede was not home

4401 W. FRONT ST

TURNING (13) GROVETON, TX

INDI HEMPSTEAD

11280 5th ST

14 YRS



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-82,319-01

### IN RE DWIGHT WOLF, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. CR-10111-2014 IN THE 411TH DISTRICT COURT
### FROM TRINITY COUNTY

*Per curiam.*

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 411th District Court of Trinity County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Trinity County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting a copy of a timely filed order which designates issues to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that

Relator has not filed an application for a writ of habeas corpus in Trinity County. Should the response include an order designating issues, proof of the date the district attorney's office was served with the habeas application shall also be submitted with the response. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: December 10, 2014
Do not publish

# THE COURT OF APPEALS

THE STATE OF TEXAS        CASE No CR-10111-2014

     VS                 411 Judicial District

Dwight A. Wolf          Trinity County, Texas

## PETITION FOR Writ of Mandamus

To The Honorable Judge of Said Court:

Now Comes Dwight A. Wolf, Herein After, known as the Petitioner, In the Above Styled And Number Cause, to Request this Honorable Court grant this Petition for Writ of Mandamus, And would, In Support thereof, show.

### I

That the Petitioner has Attempted to Exhaust All State Remedies by filing A Petition for Writ of Habeas Corpus on the 7th day of August 2014, with the trial Court is this Cause, Regarding the Illegal detention of the Petitioner.

### II

That effective this date, 18th October 2014 No Action has been taken on the Petitioner's Petition for Writ of Habeas Corpus. The Petitioner has filed Timely Requests for Judicial Review, but the trial Court Ignore the Petitions. As demonstrated with Enclosure this Honorable Court will be Able to Recognize the Intentional disregard for Inmate Right demonstrated by the trial Courts of trial Courts of Trinity County, Texas.

## III

That the Petitioner was Sentenced On the 13 day of Aug 2013. By the Honorable Casce Jones of the 411 District Court of Trinity County, Texas to a term of 20 years In the Texas Department of Criminal Justice Institution Division, for the Offense of Continuous Sexual Abuse Of A Child, the One Petitioner has Served the 20 years Sentence, See Article 42.18, Section 8(A)(c) of the Texas Code of Criminal Procedure. Now Trinity County District Attorney has Records On my Case.

## IV

The Petitioner's Constitutional Rights to Liberty, Due Process And Access to the Courts have been Violated with Great Regularity And as an Intentional Mode of Inactivity, to benefit the State Trial Court.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, the Petitioner PRAY this Petition for Writ of Mandamus be issued to Cause the Trial Court to Honor, Respond, And Show Cause why the Petitioner Continues to be detained, IN direct Violation of Texas Statue. Furthermore, the Petitioner Prays this Honorable Court Grants this Petitioner Any And All Additional Relief deemed Necessary And Appropriate, IN the Petitioners behalf.

Respectfully Submitted

X _____

PETITIONER.

I Dwight A. Wolf, do Swear And Affirm the foregoing to be True And Correct, to the best of My Knowledge this day October 18, 2014.

## ORDER

THE Foregoing Motion having been Presented to ME ON this the _____ day of _____ 2014. And the Same having been Considered, It is therefore Ordered, Adjudged And Decreed that Said Above Entitled And Numbered Cause be And the Same is hereby dismissed.

_____
Judge Presiding

Court of Criminal Appeals

PO Box 12308

Capotol Station

Austin, Texas

78711